IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10138
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BRIAN POERCE LOGAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-180-2-T
- - - - - - - - - -

February 10, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Court-appointed counsel for Brian Poerce Logan has filed a motion and brief as required by Anders v. California, 386 U.S. 738 (1967). Logan has filed a pro se supplemental brief and motion for appointment of counsel in response to counsel's motion. Our independent review of counsel's brief, the record, and the pro se submissions discloses no nonfrivolous issue.

---

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the motion for leave to withdraw is GRANTED, counsel

is excused from further responsibilities herein, Logan's motion

for appointment of counsel is DENIED, and the APPEAL IS

DISMISSED.  See 5TH CIR. R. 42.2.